IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CAMELLIA THOMAS                                                                                   PLAINTIFF

V.                         CASE NO.: 2:11CV00089-BD

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                               DEFENDANT

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Camellia Thomas. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE