**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CAMELLIA THOMAS**                                                                                        **PLAINTIFF**

V.                              **CASE NO.: 2:11CV00089-BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

# ORDER

Plaintiff Camellia Thomas has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #16).  In her motion, Ms. Thomas requests fees and expenses in the amount of $2,533.47.  The Commissioner does not object to the amount requested (#18).  Accordingly, Ms. Thomas's motion (#16) is GRANTED, and she is awarded $2,516.10 in fees and $17.37 in expenses.

Under the Treasury Department's Offset Program ("TOP"), attorney's fee awards are subject to administrative offset if the plaintiff has outstanding federal debts.  The Commissioner should contact the Treasury Department to determine whether Ms. Thomas owes any debt, as of the date of this Order.  If Ms. Thomas owes a debt covered by the TOP, the Commissioner must pay the EAJA award directly to her, after deducting any amount owed under the TOP.  If Ms. Thomas does not owe a debt covered by the TOP, however, the Commissioner is ordered to make the EAJA award check payable directly to Ms. Thomas's attorney, Anthony W. Bartels, and mail it to Mr. Bartels.

DATED this 9th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE